1  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHY
3  Director
   GLENN M. GIRDHARRY
4  Assistant Director
   HEATHER SOKOLOWER
5  Trial Attorney
   VINITA B. ANDRAPALLIYAL
6  Trial Attorney
   U.S. Department of Justice, Civil Division
7  Office of Immigration Litigation - DCS
   PO Box 868, Ben Franklin Station
8  Washington, DC  20044
   Tel: (202) 532-4329; Fax: (202) 305-7000
9
   ALICIA A.G. LIMTIACO
10 United States Attorney
   MIKEL W. SCHWAB
11 Chief, Civil Division
   JESSICA F. WESSLING
12 Assistant U.S. Attorney
   Sirena Plaza, Suite 500
13 108 Hernan Cortez Avenue
   Hagåtña, Guam  96910
14 Tel: (671) 472-7332; Fax: (671) 472-7215

15 Attorneys for Defendants

16              IN THE UNITED STATES DISTRICT COURT

17                 FOR THE TERRITORY OF GUAM

18  Guam Contractors Association, et al.,          CIVIL CASE NO. 16-00075

19              Plaintiffs-Petitioners,

20                  vs.                            **NOTICE OF APPEARANCE**

21  Loretta E. Lynch, Attorney General of the
    United States, et al.

22              Defendants-Respondents.

23
            PLEASE TAKE NOTICE that Heather Sokolower, Trial Attorney, United States
24

Department of Justice, Office of Immigration Litigation, District Court Section, enters her

appearance on behalf of all the Defendants in the above matter.

Respectfully submitted this 1st day of November, 2016.

> BENJAMIN C. MIZER
> Principal Deputy Assistant Attorney General
> WILLIAM C. PEACHY
> Director
> GLENN M. GIRDHARRY
> Assistant Director
>
> By:     */s/ Heather Sokolower*
>         HEATHER SOKOLOWER
>         Trial Attorney
>
>         VINITA B. ANDRAPALLIYAL
>         Trial Attorney
>
>         *Attorneys for Defendants*

- 2 -