1  CHAD A. READLER
   Acting Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director
   GLENN M. GIRDHARRY
4  Assistant Director
   HEATHER SOKOLOWER
5  Trial Attorney
   U.S. Department of Justice, Civil Division
6  Office of Immigration Litigation - DCS
   PO Box 868, Ben Franklin Station
7  Washington, DC  20044
   Tel: (202) 532-4329; Fax: (202) 305-7000

   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Guam Contractors Association, *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> vs. <br><br> JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*, <br><br> Defendants-Respondents. | CIVIL CASE NO. 16-00075 <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

Heather Sokolower, Esq., hereby moves to withdraw her appearance in the above-captioned case. Ms. Sokolower will be leaving her position with the Department of Justice effective July 21, 2018. Defendants continue to be represented by Glenn M. Girdharry, Esq. In accordance with Local Rule 19.1(c), Ms. Sokolower has given reasonable notice to the client agencies and to opposing counsel. Counsel for Plaintiffs has consented to this motion.

RESPECTFULLY SUBMITTED this 19th day of July, 2018.

        CHAD A. READLER
        Acting Assistant Attorney General
        Civil Division

        WILLIAM C. PEACHEY
        Director, Office of Immigration Litigation
        District Court Section

        GLENN M. GIRDHARRY
        Assistant Director

By:   */s/ Heather Sokolower*
        HEATHER SOKOLOWER
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation – DCS
        PO Box 868, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 532-4329; Fax: (202) 305-7000
        *Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to Plaintiff's counsel of record.

/s/ *Heather Sokolower*
HEATHER SOKOLOWER
Trial Attorney
U.S. Department of Justice
