JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Senior Litigation Counsel
GLENN M. GIRDHARRY
Assistant Director
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4807
    Facsimile: (202) 305-7000
    Email: glenn.girdharry@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| GUAM CONTRACTORS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil No. 16-00075 <br><br> DEFENDANTS' UNOPPOSED REQUEST FOR A 14-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO THE COURT'S REPORT AND RECOMMENDATION |

- 1 -

Defendants, William P. Barr, Attorney General of the United States, *et al.* ("Defendants" or "the Government"), request a fourteen (14) day extension of time to file its objections to the Report and Recommendation ("R & R") issued by the Court on June 25, 2019. Government counsel exchanged email with Plaintiffs' counsel on the instant matter, and counsel indicated that Plaintiffs do not oppose the Government's request. If the Court grants the Government's unopposed request, the deadline for the Government to file its objections to the R & R would extend from July 9, 2019, local time to July 23, 2019, local time.

In support of this request, the Government states the following:

1. On June 25, 2019, the Court issued its R & R recommending the District Court find that "Defendants have failed to comply with the Court's PI Order of January 24, 2018 . . . ." ECF No. 126 at 12.

2. The Court set the Government's deadline to file its objections to the R & R by July 9, 2019.

3. On June 26 and 27, 2019, Government counsel exchanged email with Plaintiffs' counsel on the instant extension request.

4. Defendants require a short period of additional time to continue review of the Court's R & R and prepare its objections. The additional time requested also takes into account the upcoming July 4 holiday and pre-planned leave scheduled by undersigned counsel for the Government.

5. Plaintiffs indicated that they would not oppose the Government's instant extension request.

6. This is Defendants' first request to extend their deadline to file objections to the R & R.

7. Defendants submit that they are not requesting an extension for the purpose of undue delay, and that the extension will not prejudice either party.

Good cause, therefore, supports this unopposed request for a fourteen (14) day extension of time. Accordingly, Defendants request the Court extend the time

for Defendants to file its objections to the R & R from July 9, 2019, local time to July 23, 2019, local time.

Dated: June 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Senior Litigation Counsel

By: *s/ Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4807
Fax: (202) 305-7000
Email: glenn.girdharry@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, EST, I electronically filed the foregoing DEFENDANTS' UNOPPOSED REQUEST FOR A 14-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO THE COURT'S REPORT AND RECOMMENDATION with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and a hyperlink to this document to Plaintiffs' attorneys of record:

Jeffrey Joseph
12203 East Second Ave.
Aurora, CO 80011
303-297-9171
Fax: 303-733-4188
Email: jeff@immigrationissues.com

Jennifer C. Davis
Davis & Davis, P.C.
PO Box 326686
Hagatna, GU 96932
671-649-1997
Fax: 671-649-1995
Email: atty@davisdavis-law.com

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on June 27, 2019, EST, at Washington, DC.

By: *s/Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division

- 4 -